No. 83–1555. HOOPA VALLEY TRIBE OF INDIANS v. SHORT ET AL.; and

No. 83–1638. EDDY ET AL. v. UNITED STATES ET AL. C. A. Fed. Cir. Motion of Cherokee Nation of Oklahoma et al. for leave to file a brief as amici curiae in No. 83–1555 granted. Certiorari denied. Reported below: 719 F. 2d 1133.

No. 83–1558. ZANT, WARDEN v. WILLIS. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. 

No. 83–1615. O'ROURKE v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied. 

No. 83–6425. WAYMENT v. REGAN, SECRETARY OF THE TREASURY, ET AL. C. A. 10th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied. 

No. 83–1752. HUMPHREY, ATTORNEY GENERAL OF MINNESOTA, ET AL. v. NORTHERN STATES POWER CO. ET AL. Sup. Ct. Minn. Motion of National Association of State Utility Consumer Advocates for leave to file a brief as amicus curiae granted. Certiorari denied. 